```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 11103
   IZABELLA CZARNEWICZ
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6630

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/25/2005 and was confirmed 06/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  39.00%.

     The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CENLAR                     CURRENT MORTG    14900.11            .00       14900.11
CHRYSLER FINANCIAL SVC A   SECURED           5646.10         398.68        5646.10
RESURGENT CAPITAL SERVIC   SECURED            800.00          41.68         800.00
JB ROBINSONS               SECURED            250.00          13.09         250.00
JB ROBINSONS               UNSECURED       NOT FILED            .00            .00
BANK OF AMERICA NA         UNSECURED       NOT FILED            .00            .00
BANK ONE                   UNSECURED       NOT FILED            .00            .00
BEST BUY                   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          9814.83           .00        3827.78
RESURGENT CAPITAL SERVIC   UNSECURED         18624.97           .00        7263.74
RESURGENT CAPITAL SERVIC   UNSECURED          2626.11           .00        1024.18
PORTFOLIO RECOVERY ASSOC   UNSECURED          1108.02           .00         432.13
WORLD FINANCIAL NETWORK    UNSECURED           152.05           .00          59.30
RESURGENT CAPITAL SERVIC   UNSECURED          1390.38           .00         542.25
STERLING INC               SECURED NOT I        .00             .00            .00
STERLING INC               UNSECURED           75.11            .00          29.29
CENLAR LOAN ADMINISTRATI   SECURED NOT I        .00             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          2678.33           .00        1044.55
LEEDERS & ASSOCIATES LTD   DEBTOR ATTY      1,500.00                      1,500.00
TOM VAUGHN                 TRUSTEE                                        2,441.03
DEBTOR REFUND              REFUND                                             6.09

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 40,220.00

PRIORITY                                             .00
SECURED                                        21,596.21
    INTEREST                                      453.45
UNSECURED                                      14,223.22

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 11103 IZABELLA CZARNEWICZ
```

```
ADMINISTRATIVE                                              1,500.00
TRUSTEE COMPENSATION                                        2,441.03
DEBTOR REFUND                                                   6.09
                                   ---------------   ---------------
TOTALS                                   40,220.00         40,220.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 02/24/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE